IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES SPIDLE,<br><br>PLAINTIFF,<br><br>v.<br><br>COUNTY OF COOK, *et. al.*,<br><br>DEFENDANTS. | Case No. 12-CV-2891<br><br>JUDGE SHARON JOHNSON COLEMAN<br><br>MAGISTRATE JUDGE MICHAEL T. MASON |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties to the above-entitled action, Plaintiff, James Spidle, by and through his undersigned attorney, and Defendants, County of Cook, d/b/a John H. Stroger, Jr., Hospital Police, Officer Joann Brothers, Officer Stuart Crose, Officer Ronald Caldwell, Officer Rodney Hunter, Correctional Officer Sherwood Wright, and Lt. Derrick Williams, by and through their undersigned attorneys, that this matter has been fully settled, and this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

Respectfully submitted,

For the Plaintiff

By:  */s/ Dan Dorfman*
  Dan Dorfman, Esq.
  The Blake Horwitz Law Firm, Ltd.
  39 S. LaSalle Street, Suite 1515
  Chicago, Illinois 60603
 :

For the Defendants:

By:  */s/ Michael J. Sorich*
  Anita Alvarez
  State's Attorney for Cook County
  by Michael J. Sorich
  Assistant State's Attorney
  Chicago, Illinois 60602